UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 0953

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. _____ |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF |
| v. | |
| | Title 8, U.S.C., Section |
| Hector Manuel TRONCOSO-Gonzalez | 1324(a)(1)(A)(iv)-Inducing and |
| | Encouraging Illegal Aliens |
| Defendant. | To Enter the United States (Felony) |
| | |
| | Title 8, U.S.C., Section |
| | 1324(a)(2)(B)(iii)-Bringing In Illegal Aliens |
| | Without Presentation (Felony) |

The undersigned complainant being duly sworn states:

### Count I

On or about **March 26, 2008**, within the Southern District of California, defendant **Hector Manuel TRONCOSO-Gonzalez**, did encourage and induce an alien, namely **Maria Elena HERNANDEZ-Pulgarin** with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count II

On or about **March 26, 2008**, within the Southern District of California, defendant **Hector Manuel TRONCOSO-Gonzalez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Petra Genoveva NEGRETE-Morales, Lucio NEGRETE-Cabrera and Leobardo CHAVEZ-Delgado**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **MARCH, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Maria Elena HERNANDEZ-Pulgarin, Petra Genoveva NEGRETE-Morales, Lucio NEGRETE-Cabrera, Leobardo CHAVEZ-Delgado** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 26, 2008, at approximately 2230 hours, **Hector Manuel TRONCOSO-Gonzalez (Defendant)** made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a gold Mazda MPV minivan. Also in the vehicle was a visible female occupant identified as **Maria Elena HERNANDEZ-Pulgarin (MW1)**. Upon inspection before a Customs and Border Protection (CBP) officer, Defendant presented a DSP-150 (Border Crossing Card) bearing the name Jose Refugio ROCHA-Leon for himself and a DSP-150 bearing the name Antonia GONZALEZ-Breseda on behalf of MW1. The CBP officer suspected Defendant and MW1 were imposters to the documents presented. The CBP officer conducted an inspection of the vehicle and noticed persons concealed under a dark fabric in the rear cargo area. CBP officers escorted the vehicle and its occupants to secondary for further inspection.

In secondary inspection, CBP Officers discovered seven individuals concealed in the rear cargo area of the vehicle. Defendant and MW1 were confirmed to be imposters to the documents presented. All of the vehicle occupants were identified as citizens of Mexico without entitlements to enter the United States. Three of the seven concealed individuals were held as material witnesses and are now identified as **Petra Genoveva NEGRETE-Morales (MW2), Lucio NEGRETE-Cabrera (MW3)**, and **Leobardo CHAVEZ-Delgado (MW4)**.

On separate videotaped interviews, all Material Witnesses declared they are citizens of Mexico without legal rights or entitlements to enter the United States. Material Witnesses stated they were going to pay between $2,500.00 and $3,500.00 USD to be smuggled into the United States. Material Witnesses stated they were going to California to seek employment or visit family.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

UNITED STATES MAGISTRATE JUDGE

3/28/08, 0728 hrs