**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Troncoso-Gonzalez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ0953 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **HECTOR MANUEL TRONCOSO-GONZALEZ,** | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 2, 2008
*s/ Bridget Kennedy*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Troncoso-Gonzalez
*bridget_kennedy@fd.org*

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 2, 2008                    */s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
bridget_kennedy@fd.org