UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff          )<br>                             )<br>        vs.                  )<br> *Hector Manuel Troncoso-Gonzalez* )<br>                             )<br>        Defendant(s)         )<br>_____) | CRIMINAL NO. __08MJ953__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Maria Elena Hernandez-Pulgarin*

DATED:   4/4/08

RECEIVED _____
                    DUSM

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
                    Deputy Clerk